UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JULIUS PINKSTON, | ) |
| Movant, | ) |
| v. | ) |
| UNITED STATES OF AMERICA, | ) 6:14-cv-75 |
| Respondent. | ) |

## ORDER

Before the Court is Julius Pinkston's untitled motion seeking an appeal from the decision of this Court. ECF No. 8. Pinkston also requests a Certificate of Appealability ("COA"). *Id.* at 3. The Magistrate Judge issued a Report and Recommendation ("R&R"), in which the Judge recommended that Pinkston be denied a COA. ECF No. 3 at 1. The Court adopted the R&R as the opinion of the Court. ECF No. 6. Therefore, the COA is denied for the reasons set forth in the R&R.

Pinkston has not explicitly requested the right to appeal *in forma pauperis* ("IFP"). *See* ECF No. 8. However, the Court notes that it already denied Pinkston IFP status on appeal when it adopted the R&R. ECF No. 3 at 2. Therefore, Pinkston should be assessed the full filing fee of $505.

Pinkston's request for a COA, ECF No. 8, is ***DENIED***.

The 15 day of September 2014

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA